# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEVIN VASHUN HARRINGTON, | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv-02690-JTF-atc |
| v. | ) |
| OFFICER WHITE, ET AL., | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Modifying The Docket, Dismissing The Amended Complaint With Prejudice, Denying Leave To Amend, Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, And Recommending This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on July 19, 2021.

**IT IS SO ORDERED**, this 23rd day of August 2021.

APPROVED:

s/John T. Fowlkes, Jr.  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

August 23, 2021  
DATE

s/Kristen Polovoy  
(BY) LAW CLERK